IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00072-BNB

JUSTIN RUEB #94567, also known as
    JUSTIN JOSEPH RUEB,
ROY HERNANDEZ #57239,
CESAR CABRERA, JR. #114314,
DARLY WAGNER #60176,
DANIEL GONZALES #82260,
MICHAEL WAYNE HARVEY #119108,
DAVID EURIOSTE #68633,
RUDY BALL #117586,
DAVID J. NORMAN #116936,
VERNON TEMPLEMAN #51255,
KENNETH J. SLAPE #90940,
JUSTIN W. LAMB #126857,
RAY MAYNES #102755,
GILBERT MONTUR #68621,
LARRY SCOTT #56287,
JORDON BURDEN #94635,
LEROY ARMIJO #64355.
STEVEN BEAUDRY #105253,
RAYMOND CAIN #88807,
JARED VILLAREAL #118512,
JAMES R. WASHINGTON #126954,
CARLOS MONDRAGON #69193,
BOBBY VALENZUELA #60577,
ALAN MEADS #131676,
RICHARD POWER #127992,
KHADASI Z. HORLEN #123224,
JACOB OAKLEY #123294,
LARRY UPTON #118846,
MICHAEL A. LETS #105561,
WAYNE JUNE #114976,
FRANCISCO CORDOZA #109770,
CHRIS SOLANO #98539,
JUAN CARPIO #131589,
JOSH MATTHEWS #123848,
RAYMOND A. MARTINEZ #62086,
DEON EDWARDS #60080,
PATRICK PLACENSIO #66074,
SHAWN SHIELDS #69301,
GEORGE SHANKLIN #60141,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -3 2009

GREGORY C. LANGHAM
                    CLERK

MIKE HERNANDEZ #87483,
JOE PARSONS #80152,
MATTHEW PAZ #121462,
RICKY MAES #127326,
SHANE CROOK #102750,
DUSTIN A SHERWOOD #109711,
ALONSO ALIRE #137184,
DAVID MORENO #135344,
JOHNNY J. QUINTANA #49663,
ANASTASIA HELOV, and
MIRIAM NYSTAD,

    Plaintiffs,

v.

ARISTEDES ZAVARAS,
BROWN (CAPTAIN),
JOHN OR JANE DOE #3,
DENNIS BURBANK,
KATHLEEN BOYD,
DANIEL DENT,
JIM GENTILE,
CATHIE HOLST,
JOHN OR JANE DOE #1,
C. MCCARTY,
CHRISTINE MOSCHETTI,
R. OLIVETT,
LARRY REID,
C. ROY,
PEGGY STEELE,
RICHARD WREN,
D. ZUPAN,
BUCHANAN,
EUGENE ATHERTON,
C. BARR,
CORTEZ,
D. P. DIAZ,
SUE GRISENTI,
H. T. HUERTAS,
JOHN DOE #2,
MUNSON,
M. N. MCCORMICK,
JAMES A. OLSON,
J. ROMERO,

KEN SALAZAR,
R. TWILLENER,
D. WILLIAMS,
BROWN (SERGEANT),
S. OWENS,
BOBBY ALLEN,
Y. BROWN,
ANNE DEFUSCO,
DANNY FOSTER,
M. HILDEBRAND,
CARL HOLDITCH,
J. JIMINEZ,
MCGREGORY,
C. MAY,
PANEK,
RODECAPE,
JOHN SUTHERS,
G. VENDETTI,
H. WILLIAMS,
ANTHONY DECESARO,
R. WILLIAMS,
ROBERT ALLEN,
BRANDT,
JAMES DALTON,
S. GARCIA,
HALSTEAD,
SUSAN JONES,
ANGEL MEDINA,
MARTINEZ,
DONICE NEAL,
J. PEDRIE,
W. RICHTER,
JOHN STONER,
H. WILKINS, and
J. WRIGHT,

      Defendants.

---

## ORDER

---

The motion titled "Motion to Appoint Plaintiff Justin Rueb as 'Interim Counsel' for

the Plaintiffs, Per Fed. R. Civ. P. 23(g)(3)" that Plaintiff Justin Rueb submitted to and filed with the Court on January 28, 2009, will be DENIED. A plaintiff who is not a lawyer is not entitled to act as attorney for other plaintiffs in federal court. *See* 28 U.S.C. § 1654; *see also Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000).

The motion titled "Motion for the Court to Waive the Plaintiffs From their Traditional Obligation of Having to Produce Copies of This Lawsuit for Each Defendant, and to Order their Attorney to Make the Copies Instead" that Mr. Rueb also submitted to and filed with the Court, and that only Mr. Rueb signed, will be DENIED. As previously stated, a plaintiff who is not a lawyer is not entitled to act as attorney for other plaintiffs in federal court.

The amended complaint that Plaintiffs submitted to and filed with the Court on January 28, 2009, indicates the address for each Plaintiff. Therefore, the clerk of the Court will be directed to mail a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to each named Plaintiff, other than Mr. Rueb, who is incarcerated and to mail a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the two named Plaintiffs who are not incarcerated. The Court already is in receipt of Mr. Rueb's § 1915 motion. Any Plaintiff who fails to cure the designated deficiency within thirty days from the date of this order will be dismissed without further notice as a party to this action. Accordingly, it is

ORDERED that the motion titled "Motion to Appoint Plaintiff Justin Rueb as 'Interim Counsel' for the Plaintiffs, Per Fed. R. Civ. P. 23(g)(3)" that Plaintiff Justin Rueb

submitted to and filed with the Court on January 28, 2009, is DENIED. It is

FURTHER ORDERED that the motion titled "Motion for the Court to Waive the Plaintiffs From their Traditional Obligation of Having to Produce Copies of This Lawsuit for Each Defendant, and to Order their Attorney to Make the Copies Instead" that Mr. Rueb also submitted to and filed with the Court, and that only Mr. Rueb signed, is DENIED. It is

FURTHER ORDERED that the clerk of the Court is directed to mail a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to each named Plaintiff, other than Mr. Rueb, who is incarcerated and to mail a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the two named Plaintiffs who are not incarcerated. The Court already is in receipt of Mr. Rueb's § 1915 motion. It is

FURTHER ORDERED that any Plaintiff who fails to cure the designated deficiency **within thirty (30) days from the date of this order** will be dismissed without further notice as a party to this action.

DATED February 2, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00072-BNB

Justin Joseph Rueb
Prisoner No. 94567
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Roy Hernandez
Prisoner No. 57239
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Cesar Cabrera, Jr.
Prisoner No. 114314
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Darly Wagner
Prisoner No. 60176
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Daniel Gonzales
Prisoner No. 82260
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Michael Wayne Harvey
Prisoner No. 119108
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David Eurioste
Prisoner No. 68633
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ruby Ball
Prisoner No. 117586
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David J. Norman
Prisoner No. 116936
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Vernon Templeman
Prisoner No. 51255
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Kenneth J. Slape
Prisoner No. 90940
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Justin W. Lamb
Prisoner No. 126857
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ray Maynes
Prisoner No. 102755
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Gilbert Montur
Prisoner No. 68621
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Larry Scott
Prisoner No. 56287
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jordon Burden
Prisoner No. 94635
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Leroy Armijo
Prisoner No. 64355
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Steven Beaudry
Prisoner No. 105253
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Raymond Cain
Prisoner No. 88807
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jared Villareal
Prisoner No. 118512
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

James R. Washington
Prisoner No. 126954
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Carlos Mondragon
Prisoner No. 69193
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Bobby Valenzuela
Prisoner No. 60577
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Alan Meads
Prisoner No. 131676
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Richard Power
Prisoner No. 127992
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Khadasi Z. Horlen
Prisoner No. 123224
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jacob Oakley
Prisoner No. 123294
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Larry Upton
Prisoner No. 118846
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Michael A. Lets
Prisoner No. 105561
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Wayne June
Prisoner No. 114976
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Francisco Cordoza
Prisoner No. 109770
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Chris Solano
Prisoner No. 98539
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Juan Carpio
Prisoner No. 131589
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Josh Matthews
Prisoner No. 123848
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Raymond A. Martinez
Prisoner No. 62086
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Deon Edwards
Prisoner No. 60080
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Patrick Placensio
Prisoner No. 66074
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Shawn Shields
Prisoner No. 69301
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

George Shanklin
Prisoner No. 60141
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Mike Hernandez
Prisoner No. 87483
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Joe Parsons
Prisoner No. 80152
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Matthew Paz
Prisoner No. 121462
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ricky Maes
Prisoner No. 127326
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Shane Crook
Prisoner No. 102750
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Dustin A. Sherwood
Prisoner No. 109711
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Alonso Alire
Prisoner No. 137184
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David Moreno
Prisoner No. 135344
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Johnny J. Quintana
Prisoner No. 49663
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Anastasia Helov
Safari Travel
PO Box 2100
Jounieh, Lebanon
**INTERNATIONAL MAIL**

Miriam Nystad
Van Damstraat 2
7906 DB Hoogeveen
The Netherlands
**INTERNATIONAL MAIL**

I hereby certify that I have mailed a copy of the **ORDER and a copy of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 to the incarcerated plaintiffs and a copy of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form the non incarcerated plaintiffs** to the above-named individuals on 2/3/09        .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk