IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00072-BNB

JUSTIN J. RUEB #94567, also known as
    JUSTIN RUEB, also known as
    JUSTIN JOSEPH RUEB,
ROY HERNANDEZ #57239,
CESAR CABRERA, JR. #114314,
DARYL WAGNER #60176,
DANIEL GONZALES #82260,
MICHAEL WAYNE HARVEY #119108,
DAVID EURIOSTE #68633,
RUDY BALL #117586,
DAVID J. NORMAN #116936,
VERNON TEMPLEMAN #51255,
KENNETH J. SLAPE #90940,
JUSTIN W. LAMB #126857,
RAY MAYNES #102755,
GILBERT MONTUR #68621,
LARRY SCOTT #56287,
JORDON BURDEN #94635,
LEROY ARMIJO #64355,
STEVEN BEAUDRY #105253,
RAYMOND CAIN #88807,
JARED VILLAREAL #118512,
JAMES R. WASHINGTON #126954,
CARLOS MONDRAGON #69193,
BOBBY VALENZUELA #60577, also known as
    BOBBY VALANZUELA,
ALAN MEADS #131676,
RICHARD POWER #127992,
KHADASI A. HORTON #123224,
JACOB OAKLEY #123294,
LARRY UPTON #118846,
MICHAEL A. LETS #105561,
WAYNE LUOMA #114976,
FRANCISCO CORDOZA #109770,
CHRIS SOLANO #98539,
JUAN CARPIO #131589,
JOSH MATTHEWS #123848,
RAYMOND A. MARTINEZ #62086,
DEON EDWARDS #60080,
PATRICK PLACENSIO #66074,
SHAWN SHIELDS #69301,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 8 2009

GREGORY C. LANGHAM
                CLERK

GEORGE SHANKLIN #60141,
MIKE HERNANDEZ #87483,
JOE PARSONS #80152,
MATTHEW PAZ #121462,
RICKY MAES #127326,
SHANE CROOK #102750,
DUSTIN A. SHERWOOD #109711,
ALONSO ALIRE #137184,
DAVID MORENO #135344,
JOHNNY J. QUINTANA #49673,
ANASTASIA HELOV, and
MIRIAM NYSTAD,

    Plaintiffs,

v.

ARISTEDES ZAVARAS,
BROWN (CAPTAIN),
JOHN OR JANE DOE #3,
DENNIS BURBANK,
KATHLEEN BOYD,
DANIEL DENT,
JIM GENTILE,
CATHIE HOLST,
JOHN OR JANE DOE #1,
C. MCCARTY,
CHRISTINE MOSCHETTI,
R. OLIVETT,
LARRY REID,
C. ROY,
PEGGY STEELE,
RICHARD WREN,
D. ZUPAN,
BUCHANAN,
EUGENE ATHERTON,
C. BARR,
CORTEZ,
D. P. DIAZ,
SUE GRISENTI,
H. T. HUERTAS,
JOHN DOE #2,
MUNSON,
M. N. MCCORMICK,
JAMES A. OLSON,

2

J. ROMERO,
KEN SALAZAR,
R. TWILLENER,
D. WILLIAMS,
BROWN (SERGEANT),
S. OWENS,
BOBBY ALLEN,
Y. BROWN,
ANNE DEFUSCO,
DANNY FOSTER,
M. HILDEBRAND,
CARL HOLDITCH,
J. JIMINEZ,
MCGREGORY,
C. MAY,
PANEK,
RODECAPE,
JOHN SUTHERS,
G. VENDETTI,
H. WILLIAMS,
ANTHONY DECESARO,
R. WILLIAMS,
ROBERT ALLEN,
BRANDT,
JAMES DALTON,
S. GARCIA,
HALSTEAD,
SUSAN JONES,
ANGEL MEDINA,
MARTINEZ,
DONICE NEAL,
J. PEDRIE,
W. RICHTER,
JOHN STONER,
H. WILKINS, and
J. WRIGHT,

      Defendants.

## ORDER DISMISSING PLAINTIFFS

On January 15, 2009, the Court entered an order to commence the instant action. The order noted that as part of the Court's review pursuant to D.C.COLO.LCivR

3

8.2, the Court had determined that the submitted documents were deficient. The January 15 order directed Plaintiffs to cure certain deficiencies if they wished to pursue their claims, and informed Plaintiffs that any papers they filed in response to the January 15 order must include the civil action number on the order. Each Plaintiff, other than Justin J. Rueb, also known as Justin Rueb and as Justin Joseph Rueb, was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of the prisoner's trust fund account statement for the six-month period immediately preceding this filing. All Plaintiffs were directed to submit an amended complaint that provided addresses for each named Plaintiff and each named Defendant.

On January 28, 2009, Plaintiffs filed an amended complaint. Twenty-nine Plaintiffs, however, have failed, within the time allowed, to cure a threshold deficiency in this case, i.e., to submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of the prisoner's trust fund account statement for the six-month period immediately preceding this filing. These Plaintiffs, listed below in the order in which they are listed in the caption to this order, are: Roy Hernandez, Cesar Cabrera, Jr., Daryl Wagner, Daniel Gonzales, Michael Wayne Harvey, David Eurioste, David J. Norman, Kenneth J. Slape, Justin W. Lamb, Gilbert Montur, Larry Scott, Steven Beaudry, Jared Villareal, Richard Power, Khadasi A. Horton, Michael A. Lets, Chris Solano, Juan Carpio, Josh Matthews, Raymond A. Martinez, Deon Edwards, Mike Hernandez, Joe Parsons, Matthew Paz, Shane Crook, Alonso Alire, David Moreno, Anastasia Helov, and Miriam Nystad. These Plaintiffs will be dismissed as parties to this action.

On March 16, 2009, Plaintiff Johnny J. Quintana submitted to the Court a letter informing the Court that the prisoner registration number he provided to the Court on the amended complaint is incorrect, stating that he has not received any mailings from the Court, and asking to be allowed to cure a deficiency in the case by submitting a properly completed 28 U.S.C. § 1915 motion. Mr. Quintana's request will be granted. He will be allowed twenty days from the date of this order in which to cure the designated deficiency. No extension of time will be granted. If Mr. Quintana fails within the time allowed to cure the designated deficiency, he will be dismissed as a party to this action. Accordingly, it is

ORDERED that the following twenty-nine Plaintiffs are dismissed as parties to this action for their failure, within the time allowed, to submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of the prisoner's trust fund account statement for the six-month period immediately preceding this filing: Roy Hernandez, Cesar Cabrera, Jr., Daryl Wagner, Daniel Gonzales, Michael Wayne Harvey, David Eurioste, David J. Norman, Kenneth J. Slape, Justin W. Lamb, Gilbert Montur, Larry Scott, Steven Beaudry, Jared Villareal, Richard Power, Khadasi A. Horton, Michael A. Lets, Chris Solano, Juan Carpio, Josh Matthews, Raymond A. Martinez, Deon Edwards, Mike Hernandez, Joe Parsons, Matthew Paz, Shane Crook, Alonso Alire, David Moreno, Anastasia Helov, and Miriam Nystad. It is

FURTHER ORDERED that the clerk of the Court is directed to remove the names of Roy Hernandez, Cesar Cabrera, Jr., Daryl Wagner, Daniel Gonzales, Michael Wayne Harvey, David Eurioste, David J. Norman, Kenneth J. Slape, Justin W. Lamb,

Gilbert Montur, Larry Scott, Steven Beaudry, Jared Villareal, Richard Power, Khadasi A. Horton, Michael A. Lets, Chris Solano, Juan Carpio, Josh Matthews, Raymond A. Martinez, Deon Edwards, Mike Hernandez, Joe Parsons, Matthew Paz, Shane Crook, Alonso Alire, David Moreno, Anastasia Helov, and Miriam Nystad as parties to this action. It is

FURTHER ORDERED that the request of Plaintiff Johnny J. Quintana to cure a deficiency in the case by submitting a properly completed 28 U.S.C. § 1915 motion is granted. It is

FURTHER ORDERED that the clerk of the Court mail only to Mr. Quintana two copies of the following form to use to cure the designated deficiency: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Mr. Quintana will be allowed **twenty (20) days from the date of this order** in which to cure the designated deficiency. No extension of time will be granted. If Mr. Quintana fails within the time allowed to cure the designated deficiency, he will be dismissed as a party to this action. It is

FURTHER ORDERED that the clerk of the Court remail only to Mr. Quintana, together with his copy of this order, copies of the following orders that were returned to the Court as undeliverable: document nos. 2, 22, 50, 51, 53, 54, 55, and 72.

DATED at Denver, Colorado, this 6 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00072-BNB

Justin Joseph Rueb
Prisoner No. 94567
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Roy Hernandez
Prisoner No. 57239
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Cesar Cabrera, Jr.
Prisoner No. 114314
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Darly Wagner
Prisoner No. 60176
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Daniel Gonzales
Prisoner No. 82260
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Michael Wayne Harvey
Prisoner No. 119108
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David Eurioste
Prisoner No. 68633
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ruby Ball
Prisoner No. 117586
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David J. Norman
Prisoner No. 116936
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Vernon Templeman
Prisoner No. 51255
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Kenneth J. Slape
Prisoner No. 90940
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Justin W. Lamb
Prisoner No. 126857
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ray Maynes
Prisoner No. 102755
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Gilbert Montur
Prisoner No. 68621
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Larry Scott
Prisoner No. 56287
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jordon Burden
Prisoner No. 94635
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Leroy Armijo
Prisoner No. 64355
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Steven Beaudry
Prisoner No. 105253
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Raymond Cain
Prisoner No. 88807
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jared Villareal
Prisoner No. 118512
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

James R. Washington
Prisoner No. 126954
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Carlos Mondragon
Prisoner No. 69193
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Bobby Valenzuela
a/k/a Bobby Valanzuela
Prisoner No. 60577
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Alan Meads
Prisoner No. 131676
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Richard Power
Prisoner No. 127992
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Khadasi A. Horton
Prisoner No. 123224
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Jacob Oakley
Prisoner No. 123294
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Larry Upton
Prisoner No. 118846
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Michael A. Lets
Prisoner No. 105561
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Wayne Luoma
Prisoner No. 114976
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Francisco Cordoza
Prisoner No. 109770
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Chris Solano
Prisoner No. 98539
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Juan Carpio
Prisoner No. 131589
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Josh Matthews
Prisoner No. 123848
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Raymond A. Martinez
Prisoner No. 62086
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Deon Edwards
Prisoner No. 60080
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Patrick Placensio
Prisoner No. 66074
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Shawn Shields
Prisoner No. 69301
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

George Shanklin
Prisoner No. 60141
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Mike Hernandez
Prisoner No. 87483
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Joe Parsons
Prisoner No. 80152
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Matthew Paz
Prisoner No. 121462
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Ricky Maes
Prisoner No. 127326
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Shane Crook
Prisoner No. 102750
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Dustin A. Sherwood
Prisoner No. 109711
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Alonso Alire
Prisoner No. 137184
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

David Moreno
Prisoner No. 135344
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Johnny J. Quintana
Prisoner No. 49673
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Anastasia Helov
Safari Travel
PO Box 2100
Jounieh, Lebanon
**INTERNATIONAL MAIL**

Miriam Nystad
Van Damstraat 2
7906 DB Hoogeveen
The Netherlands
**INTERNATIONAL MAIL**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals, **and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and documents 2, 22, 50, 51, 53-55, and 72 to Johnny J. Quintana ONLY** on 4/8/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk