IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00072-BNB

JUSTIN J. RUEB #94567, also known as
    JUSTIN RUEB, also known as
    JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
BROWN (CAPTAIN),
JOHN OR JANE DOE #3,
DENNIS BURBANK,
KATHLEEN BOYD,
DANIEL DENT,
JIM GENTILE,
CATHIE HOLST,
JOHN OR JANE DOE #1,
C. MCCARTY,
CHRISTINE MOSCHETTI,
R. OLIVETT,
LARRY REID,
C. ROY,
PEGGY STEELE,
RICHARD WREN,
D. ZUPAN,
BUCHANAN,
EUGENE ATHERTON,
C. BARR,
CORTEZ,
D. P. DIAZ,
SUE GRISENTI,
H. T. HUERTAS,
JOHN DOE #2,
MUNSON,
M. N. MCCORMICK,
JAMES A. OLSON,
J. ROMERO,
KEN SALAZAR,
R. TWILLENER,
D. WILLIAMS,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2009

GREGORY C. LANGHAM
                CLERK

BROWN (SERGEANT),
S. OWENS,
BOBBY ALLEN,
Y. BROWN,
ANNE DEFUSCO,
DANNY FOSTER,
M. HILDEBRAND,
CARL HOLDITCH,
J. JIMINEZ,
MCGREGORY,
C. MAY,
PANEK,
RODECAPE,
JOHN SUTHERS,
G. VENDETTI,
H. WILLIAMS,
ANTHONY DECESARO,
R. WILLIAMS,
ROBERT ALLEN,
BRANDT,
JAMES DALTON,
S. GARCIA,
HALSTEAD,
SUSAN JONES,
ANGEL MEDINA,
MARTINEZ,
DONICE NEAL,
J. PEDRIE,
W. RICHTER,
JOHN STONER,
H. WILKINS, and
J. WRIGHT,

      Defendants.

## ORDER OF DISMISSAL

On June 4, 2009, this Court ordered Plaintiff, Justin J. Rueb, to file within thirty days a second amended complaint that was limited to his own claims and that complied

with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Rueb failed to comply with the June 4 order within the time allowed. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for the failure of Plaintiff, Justin J. Rueb, within the time allowed to comply with the June 4, 2009, order for a second amended complaint, and for his failure to prosecute.

DATED at Denver, Colorado, this __15__ day of __July__, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00072-BNB

Justin Joseph Rueb
Prisoner No. 94567
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/16/09

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk