IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00072-ZLW

JUSTIN J. RUEB, #94567, also known as
      JUSTIN RUEB, also known as
      JUSTIN JOSEPH RUEB,
RUDY BALL #117586,
VERNON TEMPLEMAN #51255,
RAY MAYNES #102755,
JORDON BURDEN #94635,
LEROY ARMIJO #64355,
RAYMOND CAIN #88807,
JAMES R. WASHINGTON #126954,
CARLOS MONDRAGON #69193,
ROBBY VALENZUELA #60577, also known as
      ROBBY VALANZUELA, also known as
      BOBBY VALENZUELA, also known as
      BOBBY VALANZUELA,
ALAN MEADS #131676,
JACOB OAKLEY #123294,
LARRY UPTON #118846,
WAYNE LUOMA #114976,
FRANCISCO CORDOZA #109770,
PATRICK PLACENSIO #66074,
SHAWN SHIELDS #69301,
GEORGE SHANKLIN #60141,
RICKY MAES #127326,
ROY HERNANDEZ #57239,
CESAR CABRERA #114314,
GILBERT MONTUR #68621,
LARRY SCOTT #56287,
JARED VILLAREAL #118512,
KHADASI A. HORTON #123224,
SHANE CROOK #102750,
DUSTIN A. SHERWOOD #109711,
JOHNNY J. QUINTANA #49673,
ANASTASIA HELOV, and
DARYL WAGNER #60176,

              Plaintiffs,

v.

ARISTEDES ZAVARAS,
BROWN (CAPTAIN),
JOHN OR JANE DOE #3,
DENNIS BURBANK,
KATHLEEN BOYD,
DANIEL DENT,
JIM GENTILE,
CATHIE HOLST,
JOHN OR JANE DOE #1,
C. MCCARTY,
CHRISTINE MOSCHETTI,
R. OLIVETT,
LARRY REID,
C. ROY,
PEGGY STEELE,
RICHARD WREN,
D. ZUPAN,
BUCHANAN,
EUGENE ATHERTON,
C. BARR,
CORTEZ,
D.P. DIAZ,
SUE GRISENTI,
H.T. HUERTAS,
JOHN DOE #2,
MUNSON,
M.N. MCCORMICK,
JAMES A. OLSON,
J. ROMERO,
KEN SALAZAR,
R. TWILLNER,
D. WILLIAMS,
BROWN (SERGEANT),
S. OWENS,
BOBBY ALLEN,
Y. BROWN,
ANNE DEFUSCO,
DANNY FOSTER,
M. HILDEBRAND,
CARL HOLDITCH,
J. JIMINEZ,
MCGREGORY,
C. MAY,
PANEK,

RODECAPE,
JOHN SUTHERS,
G. VENDETTI,
H. WILLIAMS,
ANTHONY DECESARO,
R. WILLIAMS,
ROBERT ALLEN,
BRANDT,
JAMES DALTON,
S. GARCIA,
HALSTEAD,
SUSAN JONES,
ANGEL MEDINA,
MARTINEZ,
DONICE NEAL,
J. PEDRIE,
W. RICHTER,
JOHN STONER,
H. WILKINS, and
J. WRIGHT,

      Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

  Plaintiffs submitted a Notice of Appeal on July 16, 2009. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)**  **Filing Fee**
   X is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   X is not submitted for each Plaintiff
   ___ is missing affidavit
   ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   ___ is missing required financial information

    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    X    other: § 1915 motions from each plaintiff are not necessary if the $455.00 appellate filing fees ($5.00 filing fee and $450.00 docket fee) are paid to the Clerk of the District Court

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. No extensions of time will be granted. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 22nd day of July, 2009.

BY THE COURT:

_/s/ Zita L. Weinshienk_

ZITA L. WEINSHIENK, Senior Judge
United States District Court